**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TRACYE YIELDING**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 3:19-CV-00058 BSM**

**STEPHEN LIVELY, et al.**                                                         **DEFENDANTS**

## ORDER

Tracye Yielding is directed to amend her complaint [Doc. No. 2] in accordance with the previous order [Doc. No. 3] within fourteen (14) days, or her case will be dismissed without prejudice. Yielding's amended complaint must (1) state whether she is suing each of the defendants in their personal capacity, official capacity, or both and (2) include factual allegations that indicate how defendant Jared Dover is involved in this lawsuit.

IT IS SO ORDERED this 27th day of August 2019.


_____
UNITED STATES DISTRICT JUDGE