IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRACYE YIELDING**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 3:19-CV-00058-BSM**

**STEPHEN LIVELY,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE